UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>APPROXIMATELY $16,020.00 IN US )<br>CURRENCY SEIZED FROM EARVIN )<br>JONES ON OR ABOUT APRIL 20, 2021 )<br>AT THE CHARLOTTE-DOUGLAS )<br>INTERNATIONAL AIRPORT ) | CIVIL NO. 3:21CV600 |

## ORDER OF DEFAULT JUDGMENT

**THIS MATTER IS BEFORE THE COURT** on the Government's Motion for Entry of Default Judgment (Doc. 8). Having considered the Motion and the pleadings, the Court **GRANTS** the Motion and Order as follows:

IT IS HEREBY ORDERED THAT Judgment by Default is entered against all persons in the world not having filed a claim in this action as to the following property:

**Approximately $16,020.00 in Currency seized from Earvin Jones on April 20, 2021 at Charlotte-Douglas International Airport.**

Signed: January 25, 2022

_____
Frank D. Whitney
United States District Judge